DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

RICHARD WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2449

————————————————

November 12, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Richard Williams, pro se.

PER CURIAM.

Affirmed.

KELLY, ATKINSON, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.